UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

EDRIS E.R. CRIGLER          CHAPTER 7

Debtor.

_____/     CASE NO. 24-45427-MAR

EDRIS E.R. CRIGLER,         ADV. CASE NO.  24-       -MAR

Plaintiff,

v .                         JUDGE MARK A. RANDON

DETROIT RENAISSANCE FUND LLC

AKA CORPORATION COMPANY OF MIAMI,

Defendant.

_____/

## COMPLAINT TO DETERMINE OWNERSHIP OF REAL PROPERTY

Plaintiff, Edris E.R. Crigler, debtor in case no. 24-45427-mar states the following:

**The parties and jurisdictional allegation**

1. Edris E. R. Crigler, debtor of this case shown above
2. Defendant Detroit Renaissance Fund LLC aka Corporation Company of Miami is the defendant in this case.
3. This adversary proceeding arises under Title 11, United States Code and is a part of the above-mentioned case pending in this court. This court has jurisdiction pursuant to 28 USC 157.
4. This adversary proceeding is a core proceeding arising under Title 11, pursuant to 28 USC 157(b)(1).
5. The venue of this adversary proceeding is appropriate in this bankruptcy court pursuant to 28 USC 1408 and 1409.
6. The debtor consents to the entry of final orders or judgment by the bankruptcy court.

## General allegations

7. Plaintiff, Edris E.R. Crigler is the owner of the real property located at 13831 Carlisle, Detroit, MI 48205.
8. Plaintiff, Edris E.R. Crigler purchased the home in June 2020 from the previous owner, Damond Williams.
9. Plaintiff, Edris E.R. Crigler, has resided in the property since purchasing the property.
10. Plaintiff, Edris E.R. Crigler has totally rehabilitated the property in the years while residing in this property.
11. Plaintiff, Edris E.R. Crigler, still resided in this property located at 13831 Carlisle, Detroit, Michigan.
12. The deed was legally transferred into the Plaintiffs name in June 2020 at the Wayne County Register of Deeds office, along side the owner Damond Williams.
13. On October 15, 2018, the Defendant, Detroit Renaissance Fund LLC purchased 62 properties in a bundle from Wayne County Treasurer that was a part of a foreclosure proceedings 17-008808-CH.
14. The Plaintiff property was not a part of a foreclosure proceedings however the deed was given to the defendant in error.
15. Since April 2022, the defendant has made numerous attempts to remove the Plaintiff from the property they do not own.
16. The defendant has also made numerous attempts to be given a quiet title to further steal the property from underneath me but not properly serving me in court proceedings.
17. The property is now a part of the bankruptcy estate.
18. The judgment constitutes a determination that the real property is to remain a part of the estate and remain in the Plaintiff's possession.

WHEREFORE, Plaintiff/debtor respectfully request that this Court enter an order finding that the real property owned by Edris E.R. Crigler is a part of the estate and will remain in possession of the rightful owner Edris E.R. Crigler.

Dated: June 17, 2024

/s/ Edris E.R. Crigler
Edris E.R. Crigler
Debtor/Plaintiff
13831 Carlisle
Detroit, MI 48205
313-641-1180